| AO-10 Rev. 1/2004 | | |
|---|---|---|

# FOR CALENDAR YEAR 2004

(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name. First name, Middle initial) Pfaelzer, Mariana R | 2. Court or Organization Central District of California | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. District Court 312 North Spring Street Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Trustees | Norton Simon Museum |
| 2. Trustee | Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |



FINANCIAL DISCLOSURE OFFICE
2005 MAY 17 A 9: 11
RECEIVED

COPY

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | SECTION NOT APPLICABLE |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 5/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo Bank IRA (CDS) | C | Interest | M | T | | | | | |
| 2. | E | Distribution | | | | | | | See Section VIII. |
| 3. Wells Fargo Checking | A | Interest | L | T | | | | | |
| 4. Wells Fargo IRA #1 (U.S. Treasury Notes) | A | Interest | P1 | T | | | | | |
| 5. | G | Distribution | | | | | | | See Section VIII. |
| 6. Wells Fargo Custody Account #1 | | | | | | | | | |
| 7. - Zenith National Insurance Co. Common Stock | C | Dividend | M | T | | | | | |
| 8. - Shares Wells Fargo CA Tax-Free Money Market Fund | D | Dividend | P2 | T | | | | | |
| 9. - CA Health Facs Fing Auth Bonds 6% | D | Interest | N | T | | | | | |
| 10. - Equity Office Properties Trust Common Stock | A | Dividend | J | T | | | | | |
| 11. - Calif. State Bond 5% | C | Interest | M | T | | | | | |
| 12. - CA St Gen Oblig Bond 4.6% | C | Interest | M | T | | | | | |
| 13. - CA St Pub Works Board Energy Efi Rev Bond | B | Interest | L | T | | | | | |
| 14. - CA St Water Resources Bond | C | Interest | M | T | | | | | |
| 15. - CA Statewide Cmm Dev Auth Hosp-M Bond | D | Interest | | | Sell | 11/01 | M | | |
| 16. - Fresno CA Sch Dist Bond | B | Interest | L | T | | | | | |
| 17. - US Treasury Note 2.125% 10/31/04 | D | Interest | | | Sell | 10/31 | N | | |
| 18. - US Treasury Note 2.00% 5/15/06 | D | Interest | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - US Treasury Note 2.375% 8/15/06 | D | Interest | O | T | Buy | 1/1 | O | | |
| 20. | | | | | Partial Sale | 4/14 | M | | |
| 21. | | | | | Partial Sale | 9/28 | K | | |
| 22. - US Treasury Note 3.375% 4/30/04 | D | Interest | | | Sell | 4/30 | N | | |
| 23. - US Treasury Notes 2.00% 11/30/04 | D | Interest | | | Sell | 11/30 | N | | |
| 24. - US Treasury Note 1.625% 3/31/05 | D | Interest | N | T | | | | | |
| 25. - US Treasury Note 1.625% 4/30/05 | D | Interest | N | T | Partial Sale | 3/29 | M | | |
| 26. - CA St Gen Oblig Bond 7.20% 5/1/06 | C | Interest | M | T | | | | | |
| 27. - CA St Rev Antic Wts - Ser B Bond 2.00% 6/16/04 | E | Interest | | | Sell | 6/16 | P1 | | |
| 28. - CA St Pub Wks Board Lease Rev Series A Bond 6.00% 1/1/06 | | None | N | T | | | | | |
| 29. -US Treasury Note 2.75% 8/15/07 | | None | N | T | Buy | 8/26 | N | | |
| 30. -US Treasury Note 2% 8/31/05 | A | Interest | M | T | Buy | 6/25 | M | | |
| 31. -CA St Gen Oblig Bond 4.25% 11/1/06 | A | Interest | M | T | Buy | 6/23 | M | | |
| 32. -CA St Gen Oblig Bond 5% 11/1/07 | C | Interest | N | T | Buy | 6/21 | N | | |
| 33. -New Haven CA Uni Sch Dist 3% 7/12/05 | | None | N | T | Buy | 7/13 | N | | |
| 34. -Ravenswood CA City Sch Dist 2% 7/5/05 | | None | M | T | Buy | 7/7 | M | | |
| 35. -Santa Barbara Cnty CA Schs Fing 3% 6/30/05 | | None | N | T | Buy | 7/23 | N | | |
| 36. 2010 Reservoir RD Investors LLC | D | Rent | L | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5.000.000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50.000 | L = $50.001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000.000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | B | Distribution | | | | | | | See Section VIII. |
| 38. | A | Interest | | | | | | | See Section VIII. |
| 39. Skadden, Arps, Slate, Meagher & Flom LLP | G | Distribution | | | Withdraw | 4/15 | M | | See Section VIII. |
| 40. Wells Fargo Checking #2 "Construction Account" | A | Dividend | M | T | | | | | |
| 41. Trust #1 | | | | | | | | | |
| 42. - Shares Wells Fargo Govt Money Market Fund | A | Dividend | L | T | | | | | |
| 43. - Fed Home Loan Bank Bond  8/20/08 | B | Interest | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1.000,001-$5.000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50.000 | L = $50.001-$100,000 | M = $100.001-$250.000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000.000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Pfaelzer, Mariana R | Date of Report<br><br>5/10/2005 |
| --- | --- | --- |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

VII. #2   Distribution from #1.
VII. #5   Distribution from #4.
VII. #37 Distribution from #36.
VII. #38 Interest Income from #36.
VII. #39 The reporting person withdrew from the LLP upon payment of her capital balance.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pfaelzer, Mariana R | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5/10/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544